**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN HARRIS, | ) Case No. 1:21-cv-01664-JLT-SAB (PC) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DIRECTING PLAINTIFF TO PAY |
| | ) THE FILING FEE WITHIN FOURTEEN DAYS |
| THERESA C., et al., | ) |
| | ) (ECF Nos. 6, 11) |
| Defendants. | ) |
| | ) |
| _____ | ) |

Plaintiff Marvin Harris is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 27, 2021, the Court directed Plaintiff to pay the $402.00 filing fee because he has previously suffered three prior dismissals counting as strikes under 28 U.S.C. § 1915(g) and he failed to show that he is in imminent danger of serious physical injury.  (ECF No. 6.)

Instead of paying the filing fee, Plaintiff filed an interlocutory appeal to the United States Court of Appeals for the Ninth Circuit.  (ECF No. 8.)  Plaintiff's appeal was dismissed on March 18, 2022.  (ECF No. 11.)  Accordingly, it is HEREBY ORDERED that Plaintiff shall pay the $402.00 filing fee within fourteen (14) days from the date of service of this order or the action will be dismissed by the assigned District Judge.

IT IS SO ORDERED.

Dated:   **March 21, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1