# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>         Plaintiff,<br><br>    v.<br><br>THERESA C., et al.,<br><br>         Defendants. | Case No. 1:21-cv-01664 JLT SAB (PC)<br><br>ORDER DISMISSING THE ACTION FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 12) |

Marvin Harris is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Previously, the Court ordered Plaintiff to pay the required filing fee of $402.00 in full. (Docs. 6, 12.) On March 21, 2022, Plaintiff was also warned that failure to file the filing within fourteen days would result in dismissal of the action. (Doc. 12 at 1.) Despite this warning, Plaintiff failed to pay the filing fee, and the matter cannot proceed at this time. Accordingly, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice; and
2. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **April 13, 2022**

_____
UNITED STATES DISTRICT JUDGE